# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

Albert L. Flournoy
830 Carolina St.
Minden, LA 71055

DEBTOR(S)

Case No.: 14-11704

JEFFREY P. NORMAN

Date: 9/15/2014

SSN (1) XXX-XX-9933    SSN (2)

## 341(a) MINUTES

MEETING DATE: 09/12/2014                         TIME: 9:00 am
DATE CONTINUED FROM: _____

TAPE NUMBER: 6
PRESIDING: LUCY G. SIKES                         START NUMBER: _____
        (TRUSTEE)                                END NUMBER: _____

APPEARANCES:
(✓) Trustee
(✓) CHANDLER KENNETH A , FOR ATTORNEY FOR DEBTOR
( ) _____ , FOR _____
( ) _____ , FOR _____
( ) _____ , FOR _____
( ) _____ , FOR _____
( ) _____ , FOR _____

DISPOSITION:
(✓) DEBTOR    ( ) JOINT DEBTOR    (✓) EXAMINED UNDER OATH AND MEETING CONCLUDED

(✓) MEETING CONCLUDED

( ) DEBTOR    ( ) JOINT DEBTOR NOT PRESENT

(✓) DEBTOR(S) NEW ADDRESS: 830 Carolina St. Apt. 17
                           Minden, LA. 71055

( ) FIRST CONTINUANCE TO DATE OF: _____

( ) SECOND NON-APPEARANCE: _____

( ) ADDITIONAL NOTES: _____

/S/ Daven Hill

14-11704 - #15   File 09/15/14   Enter 09/15/14 08:55:16   Main Document   Pg 1 of 1